(No. 6584.   October 5, 1939.)

STATE, Respondent, v. W. R. CAMERON, Appellant.

[94 Pac. (2d) 782.]

Chapman & Chapman and Lionel T. Campbell, for Appellant.

J. W. Taylor, Attorney General, and R. W. Beckwith, Assistant Attorney General, for Respondent.

## MEMORANDUM DECISION.

MORGAN, J.—This is an appeal from a conviction of violation of sections 57 and 58, chapter 103, Idaho Session Laws, 1935, and from an order denying a new trial. This case is similar to *State v. Conner,* 59 Ida. 695, 89 Pac. (2d) 197, and the questions of law here presented are so nearly identical to those decided in that case that nothing will be gained by a discussion of the facts of this case and of the law applicable thereto.

On authority of *State v. Conner,* above cited, the judgment and order denying a new trial in this case are affirmed.

Ailshie, C. J., and Budge, Givens and Holden, JJ., concur.

Petition for rehearing denied.